IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JERRY TOMMY PARNELL | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO. 3:11-cv-00053 |
| GLOBAL INTERNATIONAL | § | |
| VESSELS, LTD., GLOBAL OFFSHORE | § | |
| (MALAYSIA) SDN. BHD. and GLOBAL | § | |
| INDUSTRIES INTERNATIONAL, L.P. | § | |

## ORDER OF DISMISSAL AND FINAL JUDGMENT

On the below-entered date came Plaintiff, JERRY TOMMY PARNELL, and Defendants, GLOBAL INTERNATIONAL VESSELS, LTD., GLOBAL OFFSHORE (MALAYSIA) SDN. BHD. and GLOBAL INDUSTRIES INTERNATIONAL, L.P. , and advised the Court that their matters and differences in controversy have been compromised and settled and accordingly requested that the Plaintiff's Original Complaint and all amendments thereto be dismissed with prejudice with each party to bear their respective costs of Court; it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiff, JERRY TOMMY PARNELL, recover nothing from Defendants, GLOBAL INTERNATIONAL VESSELS, LTD., GLOBAL OFFSHORE (MALAYSIA) SDN. BHD. and GLOBAL INDUSTRIES INTERNATIONAL, L.P., and his Original Complaint and all amendments thereto are hereby dismissed with prejudice with each party to bear their respective costs of Court.

This is a Final Judgment.

All relief sought herein which is not expressly granted is denied.

SIGNED at Houston, Texas this 21st day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND ENTRY REQUESTED:**

SCHECHTER, McELWEE, SHAFFER & HARRIS, L.L.P.

By:  /s/ Matthew D. Shaffer        *Signed by permission
     Matthew D. Shaffer
     State Bar No. 18085600
     S.D. I.D. No. 8877
     3200 Travis, 3rd Floor
     Houston, TX 77006
     Telephone: 713/524-3500
     Facsimile: 713/751-0412
     Email: mshaffer@smslegal.com

ATTORNEYS FOR PLAINTIFF,
JERRY TOMMY PARNELL


WHITE MACKILLOP & GALLANT P.C.

By:  /s/ Ronald L. White
     Ronald L. White
     State Bar No. 21328300
     S.D. I.D. No. 234
     2200 West Loop South, Suite 1000
     Houston, Texas 77027
     Telephone: 713/599-0211
     Facsimile: 713/599-1355
     Email: rwhite@wmglegal.com

ATTORNEYS FOR DEFENDANTS,
ATTORNEYS FOR DEFENDANTS,
GLOBAL INTERNATIONAL VESSELS, LTD.,
GLOBAL OFFSHORE (MALAYSIA) SDN. BHD.
and GLOBAL INDUSTRIES INTERNATIONAL, L.P.